**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-21365-RS**

ELIZABETH TEJEDA,

      Plaintiff,

v.

INGERSOLL-RAND COMPANY,

      Defendant.

_____/

**ORDER RESETTING MEDIATION DEADLINE**

THIS MATTER is before the Court on the parties' Joint Motion to Re-Set Mediation Date [DE 24].  Upon consideration, it is

**ORDERED** that the Motion [DE 24] is **GRANTED**.  Accordingly:

1.      All parties must participate in mediation by **December 18, 2019**.

2.      The mediation deadline may **not** be extended.  If at any time the mediation date is rescheduled, the parties **must** file a new Notice of Scheduling Mediation.

3.      Except as provided under Local Rule 16.2(e) for public-sector entities, the appearance of counsel and each party or representatives of each party with full authority to enter into a full and complete compromise and settlement is mandatory.  Appearance shall be **in person**; telephonic appearance is prohibited.  If insurance is involved, an adjustor with authority up to the policy limits or the most recent demand, whichever is lower, shall attend.

4.      The Court may impose sanctions against parties and/or counsel if mediation is not conducted or for failure to comply with any other requirement or term of this Order.

5.      If a full or partial settlement is reached in this case, counsel shall promptly notify the Court of the settlement in accordance with Local Rule 16.2(f), by the filing of a notice of settlement signed by counsel of record within fourteen (14) days of the mediation conference. Thereafter the parties shall submit appropriate papers concluding the case.  The case will remain on the trial calendar until an order dismissing the action is entered by the Court.

6.      Within **seven (7) days following the mediation conference**, the mediator shall file a Mediation Report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 8th day of August, 2019.

RODNEY SMITH
United States District Judge

Copies to:
Counsel of Record