**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:19-CV-21365-CMA**

ELIZABETH TEJEDA,

      Plaintiff,

vs.

INGERSOLL-RAND COMPANY,
A Foreign Profit Corporation,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, ELIZABETH TEJEDA, and Defendant, INGERSOLL-RAND COMPANY by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation for Dismissal with Prejudice, with each party to bear their own attorney's fees and costs.

Dated: January 21, 2020

| | |
|---|---|
| /S/ Peter M. Hoogerwoerd | /S/ Christopher P. Hammon, Esq. |
| Peter M. Hoogerwoerd, Esq. | Christopher P. Hammon, Esq |
| Florida Bar No.: 188239 | Florida Bar No.: 176753 |
| pmh@rgpattorneys.com | Email: chris.hammon@ogletreedeakins.com |
| Nathaly Saavedra, Esq. | Paul J. De Boe, Esq. |
| Florida Bar No.: 118315 | Florida Bar No.: 52051 |
| ns@rgpattorneys.com | Email: paul.deboe@ogletreedeakins.com |
| **REMER & GEORGES-PIERRE, PLLC** | **OGLETREE, DEAKINS, NASH,** |
| 44 West Flagler Street, Suite 2200 | **SMOAK & STEWART, P.C.** |
| Miami, FL 33130 | 9130 S. Dadeland Boulevard, Suite 1625 |
| Telephone: (305) 416-5000 | Miami, FL 33156 |
| Facsimile: (305) 416-5005 | Telephone: (305) 374-0506 |
| *Attorneys for Plaintiff* | Facsimile: (305) 374-0456 |
| | *Attorneys for Defendant* |